**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SEBASTIAN MOORE                                                                            PLAINTIFF

v.                                    NO.  3:08cv00159 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's complaint with prejudice; the relief sought is denied.

IT IS SO ORDERED this 8th day of December, 2009.


_____
UNITED STATES MAGISTRATE JUDGE